

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-82,110-01

### EX PARTE ALDO ROBERTO TREVINO, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1295171-A IN THE 179TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*. *Yeary, J., filed a dissenting opinion.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of online solicitation of a minor and was sentenced to fifteen years' imprisonment. He did not appeal his conviction.

This Court, in *Ex parte Lo*, held unconstitutional the online solicitation of a minor statute for which Applicant was convicted. *Ex parte Lo*, 424 S.W.3d 10 (Tex. Crim. App. 2013). Applicant, through counsel, filed this habeas application based on the *Lo* decision and asks that his conviction

be set aside. The trial court recommends that relief be granted in this cause. We agree in part.[1]

Relief is granted. The judgment in Cause No. 1295171 in the 179th District Court of Harris County is set aside and Applicant is set aside and the cause is remanded so the trial court can dismiss the indictment.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: February 10, 2016
Do not publish

---

[1] Applicant's claim that he is actually innocent is denied.